No. 76–6523. Roberts v. Ohio. Sup. Ct. Ohio. Reported below: 48 Ohio St. 2d 221, 358 N. E. 2d 530;

No. 76–6525. Hall v. Ohio. Sup. Ct. Ohio. Reported below: 48 Ohio. St. 2d 325, 358 N. E. 2d 590;

No. 76–6547. Black v. Ohio. Sup. Ct. Ohio. Reported below: 48 Ohio St. 2d 262, 358 N. E. 2d 551;

No. 76–6575. Lytle v. Ohio. Sup. Ct. Ohio. Reported below: 48 Ohio St. 2d 391, 358 N. E. 2d 623;

No. 76–6769. Bates v. Ohio. Sup. Ct. Ohio. Reported below: 48 Ohio St. 2d 315, 358 N. E. 2d 584;

No. 76–6783. STRODES *v.* OHIO. Sup. Ct. Ohio. Reported below: 48 Ohio St. 2d 113, 357 N. E. 2d 375;

No. 76–6784. BAYLESS *v.* OHIO. Sup. Ct. Ohio. Reported below: 48 Ohio St. 2d 73, 357 N. E. 2d 1035;

No. 76–6786. OSBORNE *v.* OHIO. Sup. Ct. Ohio. Reported below: 49 Ohio St. 2d 135, 359 N. E. 2d 78;

No. 76–6829. HANCOCK *v.* OHIO. Sup. Ct. Ohio. Reported below: 48 Ohio St. 2d 147, 358 N. E. 2d 273;

No. 76–6837. EDWARDS *v.* OHIO. Sup. Ct. Ohio. Reported below: 49 Ohio St. 2d 31, 358 N. E. 2d 1051;

No. 76–6838. LANE *v.* OHIO. Sup. Ct. Ohio. Reported below: 49 Ohio St. 2d 77, 358 N. E. 2d 1081;

No. 76–6951. HARRIS *v.* OHIO. Sup. Ct. Ohio. Reported below: 48 Ohio St. 2d 351, 359 N. E. 2d 67;

No. 76–6952. ROYSTER *v.* OHIO. Sup. Ct. Ohio. Reported below: 48 Ohio St. 2d 381, 358 N. E. 2d 616;

No. 76–6985. PERRYMAN *v.* OHIO. Sup. Ct. Ohio. Reported below: 49 Ohio St. 2d 14, 358 N. E. 2d 1040;

No. 77–5221. MILLER *v.* OHIO. Sup. Ct. Ohio. Reported below: 49 Ohio St. 2d 198, 361 N. E. 2d 419;

No. 77–5547. JACKSON *v.* OHIO. Sup. Ct. Ohio. Reported below: 50 Ohio St. 2d 253, 364 N. E. 2d 236;

No. 77–5604. WILLIAMS *v.* OHIO. Sup. Ct. Ohio. Reported below: 51 Ohio St. 2d 112, 364 N. E. 2d 1364;

No. 77–5787. WEIND *v.* OHIO. Sup. Ct. Ohio. Reported below: 50 Ohio St. 2d 224, 364 N. E. 2d 224;

No. 77–5826. OSBORNE *v.* OHIO. Sup. Ct. Ohio. Reported below: 50 Ohio St. 2d 211, 364 N. E. 2d 216;

No. 77–6333. COOPER *v.* OHIO. Sup. Ct. Ohio. Reported below: 52 Ohio St. 2d 163, 370 N. E. 2d 725; and

No. 77–6645. WADE *v.* OHIO. Sup. Ct. Ohio. Reported below: 53 Ohio St. 2d 182, 373 N. E. 2d 1244.